Abel Acosta, Clerk
Court of Criminal Appeals
Supreme Court Bldg.
201 W. 14th St. Rm 106
P.O. Box 12308
Austin, TX 78711-2308

82,150-01

23 April 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 28 2015
Abel Acosta, Clerk

Dear Mr. Acosta,

I am writing to you to inform The court That my address will be changing soon, regarding my 11.07 writ of Habeas Corpus, That you filed on 15 September 2014. Case No. 10060D03223-384-1. I was at The Lynaugh Unit, but I am now at The Goree Unit again awaiting exit on 27 April 2015 under an FI-1, for parole to El Paso, Texas. I do not have The address for The halfway house near Horizon south of The city, and will send you That address as soon as I am There.

Please hold mail to me until I arrive at my parole halfway house, or send it to That halfway house once you have established That I will be living There.

Sincerely,
Walter Bruce Cornet
WalTer Bruce CorneT
TDCJ-ID # 1553441
Goree Unit
7405 Hwy 75 South
Huntsville, TX 77344